JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY NEAL,<br><br>      Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>      Defendant. | Case No: 2:19-cv-00324-SVW-AFM<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 26, 2019

                                                         /s/ Stephen V. Wilson
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE